Carl Ray SONGER,
Petitioner-Appellant,

v.

Louie L. WAINWRIGHT, etc., and
Richard L. Dugger, etc.,
Respondents-Appellees.

No. 83–3500.

United States Court of Appeals,
Eleventh Circuit.

Feb. 1, 1985.

Joseph Jordan, West Palm Beach, Fla., Deval L. Patrick, NAACP Legal Defense Fund, New York City, for petitioner-appellant.

Frank Lester Adams, III, Peggy A. Ouince, Asst. Attys. Gen., Tampa, Fla., for respondents-appellees.

Before RONEY and VANCE, Circuit Judges, and SIMPSON, Senior Circuit Judge.

BY THE COURT:

On January 29, 1985 this Court denied a motion to recall the mandate pending en banc consideration of *Hitchcock v. Wainwright,* No. 83–3578.

A petition for rehearing has been filed.

Since further proceedings are pending before other courts, on the basis of a record which is not before this panel, the order denying recall of the mandate is amended by deleting therefrom the following sentence:

All of Songer's claims have been fully litigated and decided.

The petition for panel rehearing is DENIED.